IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-cr-00294-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    WILLIAM C. CRABBE; and
2.    JAMES S. ROWAN,

    Defendants.

---

# ORDER

---

Defendant Rowan's Motion to Declare Case Complex and to Continue all Pretrial Proceedings Dates and the Trial Date (Dkt. # 21) is GRANTED. It is therefore

ORDERED that all pretrial proceedings dates are VACATED. It is

FURTHER ORDERED that the Final Trial Preparation Conference currently set for October 6, 2006, at 9:30 a.m. and the trial date of October 16, 2006, at 1:30 p.m. are VACATED. It is

FURTHER ORDERED that this case is declared complex pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(ii). It is

FURTHER ORDERED that a status conference is set for **Thursday, September 28, 2006 at 9:00 a.m.**

DATED: September 1, 2006        BY THE COURT:

                                      *s/ Phillip S. Figa*
                                      _____
                                      Phillip S. Figa
                                      United States District Judge