IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-cr-00294-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     WILLIAM C. CRABBE; and
2.     JAMES S. ROWAN,

    Defendants.

## ORDER TO RESET STATUS CONFERENCE

Defendant Crabbe's Unopposed Motion to Reset Status Conference (Dkt. # 24) is GRANTED. It is hereby ORDERED that the status conference currently set for September 28, 2006 is RESET on **Friday, October 6, 2006 at 1:30 p.m.**

DATED: September 20, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge