IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-cr-00294-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     WILLIAM C. CRABBE; and
2.     JAMES S. ROWAN,

    Defendants.

## ORDER TO CONTINUE STATUS CONFERENCE

This matter is before the Court on Defendant Crabbe's Second Unopposed Motion to Reset Status Conference (Dkt. # 27). The Court being fully advised in the premises hereby GRANTS the motion and

ORDERS that the status conference currently set for October 6, 2006 is CONTINUED to **October 10, 2006 at 11:00 a.m.**

DATED: September 22, 2006

BY THE COURT:

*s/ Phillip S. Figa*
_____
Phillip S. Figa
United States District Judge