IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-cr-00294-PSF

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.     WILLIAM C. CRABBE; and
2.     JAMES S. ROWAN,

      Defendants.

---

**ORDER TO RESET STATUS CONFERENCE**

---

      This matter is before the Court *sua sponte*. Because of a scheduling conflict on the Court's docket, it is hereby ORDERED that the status conference set for October 10, 2006 at 11:00 a.m. is CONTINUED. Counsel are directed to confer and call Chambers (303-335-2174) by noon October 6, 2006 to reset this status conference on the following proposed dates which are currently available on the Court's docket: October 19, 24, 25 or 27.

      DATED: October 4, 2006

                                                    BY THE COURT:

                                                   *s/ Phillip S. Figa*
                                                   _____
                                                   Phillip S. Figa
                                                   United States District Judge