IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-cr-00294-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    WILLIAM C. CRABBE; and
2.    JAMES S. ROWAN,

    Defendants.

---

**ORDER TO RESET STATUS CONFERENCE**

---

    This matter is before the Court *sua sponte*.  Due to a change in the Court's docket, resetting of the status conference set for October 10, 2006 is unnecessary.  It is therefore ORDERED that the status conference is RESET to **Tuesday, October 10, 2006 at 11:00 a.m.**

    DATED: October 5, 2006

                                              BY THE COURT:

                                              *s/ Phillip S. Figa*
                                              _____
                                              Phillip S. Figa
                                              United States District Judge