IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-cr-00294-PSF

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.    WILLIAM C. CRABBE; and
2.    JAMES S. ROWAN,

      Defendants.

___

## ORDER GOVERNMENT RESPONSE
___

      This matter is before the Court on Defendant James Rowan's Motion for Additional Discovery (Dkt. # 47) and Defendant William Crabbe's Motion Re: Discovery (Dkt. # 51).  The United States is directed to file responses to these motions by **noon on Friday, December 15, 2006.**

      DATED:  December 13, 2006

      BY THE COURT:

      *s/ Phillip S. Figa*

      _____
      Phillip S. Figa
      United States District Judge