IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-cr-00294-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    WILLIAM C. CRABBE; and
2.    JAMES S. ROWAN,

    Defendants.

## ORDER RESETTING MOTIONS HEARING

Pursuant to a telephone conference between counsel and Chambers staff, the Court hereby ORDERED that the motions hearing currently set for January 18, 2007 at 8:30 a.m. is CONTINUED to **Thursday, February 15, 2007 at 8:30 a.m.**  The Court has set aside four hours for this hearing.

    DATED:  January 12, 2007

                                                          BY THE COURT:

                                                          *s/ Phillip S. Figa*
                                                          _____
                                                          Phillip S. Figa
                                                          United States District Judge