IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-cr-00294-PSF

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.    WILLIAM C. CRABBE; and
2.    JAMES S. ROWAN,

      Defendants.

## ORDER RE MOTION TO QUASH AND MOTION TO SEAL

This matter is before the Court on Colorado State Board of Accountancy's Motion to Quash Defendant James S. Rowan's Subpoena (Dkt. # 80) and Motion to Seal Documents (Dkt. # 81). The Court hereby

ORDERS that these two motions (Dkt. ## 80 and 81) will be addressed at the motions hearing on February 15, 2007 at 8:30 a.m.

DATED: February 12, 2007

                                          BY THE COURT:

                                          *s/ Phillip S. Figa*

                                          _____
                                          Phillip S. Figa
                                          United States District Judge