**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
District Judge Phillip S. Figa**

Date:                February 15, 2007
Courtroom Deputy:    J. Chris Smith
Court Reporter:      Darlene Martinez

_____

Criminal Action No. 06-cr-00294-PSF

UNITED STATES OF AMERICA,                              Peter Walsh

      Plaintiff,

v.

1. WILLIAM C. CRABBE, and                              Steven R. Anderson
2. JAMES S. ROWAN,                                     Brian K. Holland
                                                       Theodore Merriam

      Defendants,

And

Colorado State Board of Accountancy,                   Rebecca A. Connors

      Interested Party.
_____

**COURTROOM MINUTES**
_____

**8:33 a.m.     Court in session.**

(Defendants Crabbe and Rowan present on bond)

Court's preliminary remarks and appearances by counsel.

8:34 a.m.     Argument by Ms. Connors [Docs. 80 and 81].
8:49 a.m.     Argument by Mr. Holland.
Defendants' Exhibit M tendered and identified to Court.
Mr. Anderson declines opportunity to make an argument.
9:00 a.m.     Argument by Mr. Walsh.
9:05 a.m.     Rebuttal argument by Ms. Connors.
9:12 a.m.     Statements by Mr. Holland.

Discussion and clarification between counsel and Court regarding documents to be produced.

Court's findings and conclusions as stated on record.

February 15, 2007
06-cr-00294-PSF

**ORDERED:** **Colorado State Board of Accountancy has until February 26, 2007 to produce any further additional files / documents subpoenaed for in camera review and determination by the Court.  Documents to be filed and ones previously filed shall be sealed and remain sealed until further determination by the Court.**

**ORDERED:** **Colorado State Board of Accountancy's Motion to Quash Defendant James S. Rowan's Subpoena in a Criminal Case, filed February 1, 2007 [80], <u>and</u> Colorado State Board of Accountancy's Motion to Seal Documents, filed February 1, 2007 [81], are taken under advisement.**

**Rebecca Connors excused.**

| | |
|---|---|
| 9:16 a.m. | Argument by Mr. Anderson [Dosc. 53 and 61] |
| 9:22 a.m. | Argument by Mr. Walsh. |

Mr. Holland declines opportunity to make an argument.

| | |
|---|---|
| 9:24 a.m. | Rebuttal argument by Mr. Anderson. |

**ORDERED:** **Motion to Join Motions filed by William C. Crabbe on December 11, 2006 [61], is granted with respect to joinder only and denied with respect to any request for dismissal.**

**ORDERED:** **Defendant Crabbe's Motion to Dismiss Count's 11-22, filed December 11, 2006 [53], is denied.**

| | |
|---|---|
| 9:30 a.m. | Argument by Mr. Holland [Doc. 50 and 68] |
| 9:32 a.m. | Statement by Mr. Walsh. |
| 9:33 a.m. | Continued argument by Mr. Holland. |
| 9:40 a.m. | Argument by Mr. Walsh. |
| 9:46 a.m. | Rebuttal argument by Mr. Holland. |

Court's findings and conclusions as stated on record.

**ORDERED:** **Motion to Dismiss Indictment or in the Alternative to Strike Portions of the Indictment, filed December 11, 2006 [50], is denied.**

| | |
|---|---|
| 9:49 a.m. | Argument by Mr. Anderson [Doc. 65 and 66]. |
| 9:51 a.m. | Argument by Mr. Holland [Doc. 52]. |
| 9:54 a.m. | Argument by Mr. Walsh. |

Court's findings and conclusions as stated on record.

**ORDERED:** **Motion to Dismiss the Indictment for Insufficiency or in the Alternative for a Bill of Particulars, filed December 11, 2006 [52], is denied.**

February 15, 2007
06-cr-00294-PSF

| | |
|---|---|
| 9:59 a.m. | Continued argument by Mr. Anderson [Docs. 65 and 66]. |
| 10:08 a.m. | Argument by Mr. Holland. |

**10:17 a.m.    Court in recess.**
**10:32 a.m.    Court in session.**

| | |
|---|---|
| 10:33 a.m. | Argument by Mr. Walsh. |
| 10:39 a.m. | Rebuttal argument by Mr. Anderson. |
| 10:52 a.m. | Rebuttal argument by Mr. Holland. |

Court's findings and conclusions as stated on record.

**ORDERED:    Motion to Sever Parties, filed December 28, 2006 [65], is denied.**

**ORDERED:    Defendant Crabb's Motion to Sever Defendants' Trial, filed December 29, 2006 [66], is denied.**

| | |
|---|---|
| 10:58 a.m. | Argument by Mr. Holland [Doc. 37]. |
| 11:04 a.m. | Argument by Mr. Walsh. |
| 11:08 a.m. | Rebuttal argument by Mr. Holland. |
| 11:11 a.m. | Argument by Mr. Anderson (joins motion for specific purpose as stated on record). |
| 11:13 a.m. | Further argument by Mr. Walsh. |

**ORDERED:    Ruling on Motion for Government to Provide Notice of Rule 404(b) Evidence Regarding Both Defendants, filed November 17, 2006 [37], is granted and Government's Response Doc. 44 is noted.**
**Defendants' Motion in Limine Doc. 62 is denied without prejudice subject to review after the government files formal Rule 404(b) notice.**

**ORDERED:    Government's 404(b) evidence notice deadline is March 20, 2007.**

Court suggests that counsel communicate and work with each other on issues stated.

| | |
|---|---|
| 11:21 a.m. | Argument by Mr. Holland [Doc. 38 and 68]. |
| 11:26 a.m. | Argument by Mr. Walsh [Doc. 78]. |
| 11:37 a.m. | Rebuttal argument by Mr. Holland. |

Court instructs counsel to confer regarding Daubert issues.

**ORDERED:    Ruling on Motion for Notice of Intent to Offer Expert Testimony for Report of Experts, and for Disclosure of Results and Methodologies, filed November 17, 2006 [Doc. 38], is granted, and the government's disclosure provided in Doc. 46 is noted.**

3

February 15, 2007
06-cr-00294-PSF

- **ORDERED:** **Motion in Limine to Preclude Certain Summary Evidence and Expert Opinions, filed January 10, 2007 [68], and Defendant Crabb's Objection and Motion in Limine Re: Government's Expert Disclosure, filed January 10, 2007 [69], are deferred subject to Daubert hearing.**

- **ORDERED:** **Daubert hearing scheduled April 12, 2007 at 9:00 a.m. (Half day) (Re: Docs. 68 and 69).**
  **Parties shall file statements (including any opinion evidence) and or stipulation regarding parties' respective positions on Daubert issues by April 6, 2007.**

- **ORDERED:** **Government's Unopposed Motion Regarding Defendant Rowan's Requested Daubert Hearing, filed January 25, 2007 [78], is denied and granted in part accordingly.**

Further argument by Mr. Walsh and Mr. Holland [38 and 68].

| | |
|---|---|
| 11:51 a.m. | Statements by Mr. Walsh regarding [Docs. 39 and 41]. |
| 11:51 a.m. | Statement by Mr. Holland. |

- **ORDERED:** **Motion to Compel the Government to Provide Co-Conspirator Proffer Pursuant to Rule 801(d)(2)(E), filed November 20, 2006 [41], is denied as moot.**

- **ORDERED:** **Motion for Government to Provide Notice 404(b) Evidence Regarding Both Defendants, filed November 17, 2006 [39], is denied as moot.**

| | |
|---|---|
| 11:52 a.m. | Argument by Mr. Walsh [Doc. 40]. |
| 11:53 a.m. | Argument by Mr. Holland. |

- **ORDERED** **Motion for Disclosure of Witness List, Exhibit List, Criminal Records of Government Witnesses, and Other Discovery, filed November 17, 2006 [40], denied in part and granted in part accordingly: Government's witness and exhibit lists shall be filed 30 days prior to trial. Defendants' exhibit and witness lists shall be filed 21 days prior to trial.**

11:55 a.m.    Argument by Mr. Holland [Doc. 47].

- **ORDERED:** **Motion for Additional Discovery, filed December 11, 2006 [47], is denied as moot.**

| | |
|---|---|
| 11:55 a.m. | Argument by Mr. Anderson [51]. |
| 11:59 a.m. | Argument by Mr. Walsh. |
| 12:03 p.m. | Rebuttal argument by Mr. Anderson. |

4

February 15, 2007
06-cr-00294-PSF

12:12 p.m.     Further argument by Mr. Walsh.
12:17 p.m.     Further argument by Mr. Anderson.
12:22 p.m.     Further argument by Mr. Walsh.

Court's findings and conclusions as stated on record.

**ORDERED:     Defendant Crabbe's Motion Re: Discovery, filed December 11, 2006 [Doc. 51], is denied in part (hand written notes) and taken under advisement in part accordingly.
Government shall submit to the Court, by the end of 2/16/07 business day, requested handwritten notes (redacted) and criminal referrals for *in camera review*.**

Further argument and proffer by Mr. Anderson.

**ORDERED:     Defendant's oral motion to reconsider Court's ruling [Doc. 51], is denied.**

Further argument by Mr. Anderson and Mr. Walsh regarding defendants' discovery requests.

**ORDERED:     Government shall produce tax returns of 212 sample tax returns to defendants.  They are ordered produced pursuant to 26 U.S.C. §6103(h)(4). Counsel shall submit a proposed confidentiality order as to the tax returns.**

**ORDERED:     Defendants' request for additional discovery information is denied without prejudice.**

Further argument.

Court instructs counsel to confer regarding disputed documents and follow up with an appropriate motion if necessary.

**12:38 p.m.     Court in recess.**          Hearing concluded.  Total time: 3 hrs. 50 min.

**Clerk's Note: Defendants' Exhibit M retained under seal.**