IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-cr-00294-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    WILLIAM C. CRABBE; and
2.    JAMES S. ROWAN,

    Defendants.

## PROTECTIVE ORDER

This matter is before the Court on the parties' Joint Motion for Protective Order (Dkt. # 90).  Upon consideration of the motion, it is

ORDERED as follows:

1.    Pursuant to 26 U.S.C. § 6103(h)(4)(C), the Government may disclose to defendants third-party tax returns and the information contained therein ("tax returns") of Columbine employees on the grounds that those returns directly relate to a transactional relationship between defendants and the taxpayers which directly affects the resolution of an issue in the proceeding.

2.    In light of restrictions set forth in 26 U.S.C. § 6103 and the congressional policy limiting disclosure of tax returns, it is further ordered as follows: that tax returns shall be used only for the purposes of prosecuting and defending this case; that disclosure of tax returns shall be made only to defendants, their attorneys, and their

designated agents, all of whom shall be provided a copy of the Protective Order and shall agree to be bound by the terms of the protective order; that tax returns shall be maintained in the defense attorneys' custody and shall not be disseminated except as expressly permitted by this Protective Order; that to the extent that any tax returns are filed with the Court all such tax returns shall be filed under seal; and that all tax returns shall be destroyed or returned to the Government at the end of the case.

DATED: February 26, 2007

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge