IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-cr-00294-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    WILLIAM C. CRABBE; and
2.    JAMES S. ROWAN,

    Defendants.

---

### ORDER SETTING STATUS CONFERENCE

---

The Court ORDERS that a status conference is set in this matter on **Thursday, March 8, 2007 at 3:00 p.m.**

DATED: March 5, 2007

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge