UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00294-MSK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

WILLIAM C. CRABBE,
JAMES S. ROWAN,

      Defendant.

---

## ORDER DENYING MOTION FOR CLARIFICATION
---

**THIS MATTER** comes before the Court pursuant to Defendant Crabbe's Motion for Clarification Re: Determination of Expert Opinions **(# 110)**, and the Government's response **(# 111)**. Defendant Rowan has filed a "Motion to Join" in Defendant Crabbe's Motion **(# 112)**.[1] The Motion "requests the Court's assistance in determining which, if any, of the proffered testimony constitutes expert opinions." Other than listing the opinions he would like evaluated, he offers no argument or analysis in support of his position that the opinions are not properly the subject of expert testimony.

Defendant Crabbe's request is denied for several reasons. First, it is not presented in a

---

[1] For a variety of administrative and practical reasons, this Court does not recognize "joinder" in motions, or "motions to join." To the extent Defendant Rowan seeks relief that is identical to relief previously requested by his co-defendant, he may separately file a motion requesting the particular relief that he seeks, and incorporate the arguments of the co-defendant by reference within that motion. In other words, he may file his own "Motion for Clarification," incorporating Defendant Crabbe's arguments by reference, but he may not "join," by notice or motion, in Defendant Crabbe's motion.

proper form. There being no prior Order from the Court with regard to the opinions at issue, there is nothing for the Court to "clarify." Second, to the extent that Defendant Crabbe seeks an evidentiary ruling that the proffered opinions are inadmissible pursuant to one or more of the Federal Rules of Evidence, he has failed to cite the relevant rule(s) and offer a meaningful argument as to how the rule(s) apply to the opinions. If Defendant Crabbe believes that the opinions suffer from one of the defects listed in Fed. R. Evid. 702, he should follow the Court's procedure to obtain a ruling to that effect. All other grounds upon which the opinions are allegedly inadmissible may be raised in a properly presented motion *in limine*.

Accordingly, the Motions **(# 110, 112)** by both Defendants are **DENIED**.

Dated this 8th day of May, 2007

**BY THE COURT:**

_____

Marcia S. Krieger
United States District Judge