UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00294-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. WILLIAM C. CRABBE, and
2. JAMES S. ROWAN,

        Defendants.

---

## ORDER MODIFYING HEARING

---

**THIS MATTER** comes before the Court *sua sponte*.

There is a scheduled hearing on July 27, 2007, for the purpose of continuing a hearing on the parties' Joint Rule 702 Motion. However, since the setting of that hearing, new counsel has appeared for Defendant Rowan, and who has requested vacatur of that hearing and additional time to prepare a defense. It appearing to the Court that there is little utility in conducting an extensive evidentiary hearing on behalf of only on Defendant, the Court **MODIFIES** the purpose

of the July 27, 2007 hearing. The Court will not hear evidence on the Joint Rule 702 Motion at that time, but rather, will address Defendant Rowan's Motion to Continue **(# 130)** and the scheduling of an evidentiary hearing on the parties' Joint Supplemental Rule 702 Motion **(# 132)**.

Dated this 11th day of July, 2007

**BY THE COURT:**

*Marcia S. Krieger*

Marcia S. Krieger
United States District Judge