UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00294-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. WILLIAM C. CRABBE, and
2. JAMES S. ROWAN,

    Defendants.

_____

**ORDER EXCLUDING OPINION TESTIMONY**
_____

**THIS MATTER** comes before the Court on the parties' joint motions (**#148, 149**) under Fed. R. Evid. 702, asking the Court to determine the admissibility of opinions expressed by Revenue Agent Jonathon Lynch.

The Court has fully considered the evidence and the parties' argument, and is in the process of preparing a comprehensive written Opinion explaining its reasoning. To avoid undue surprise as trial approaches, the Court enters this Order, prior to completion and issuance of the written opinion.

The Court **SUSTAINS** objections as to adequate foundation with regard to Opinions 1-7, as they are set forth in the parties' motions. Therefore, these opinions are not admissible.

The Court construes Opinion 8 – that the Defendants owe unpaid income taxes in specified amounts – as being premised upon an assumption by Agent Lynch that the $400,000 received by each Defendant is income. Therefore, the Court **OVERRULES** the foundational

objections to this opinion.  With this assumption as stated, this opinion is admissible.

Dated this 9th day of January, 2008

**BY THE COURT:**

Marcia S. Krieger
United States District Judge