UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00294-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. WILLIAM C. CRABBE, and
2. JAMES S. ROWAN,

    Defendants.

---

# ORDER GRANTING DEFENDANT CRABBE'S MOTION FOR LEAVE TO CONDUCT VIDEO DEPOSITION

---

**THIS MATTER** comes before the Court pursant to Defendant Crabbe's Emergency Motion for Leave to Conduct Video Deposition of John Wooster (**# 158**). The Court has independently attempted to contact the Government to ascertain its position on this motion, but has not yet heard from the Government.

Good cause having been shown in the Motion, the request is **GRANTED**. However, Defendant Crabbe is instructed to make all reasonable efforts to ensure that the deposition is scheduled at a date and time that is convenient to both the witness and the Government.

Dated this 28th day of January, 2008

        **BY THE COURT:**

        *[signature: Marcia S. Krieger]*

        Marcia S. Krieger
        United States District Judge