Criminal Action No. 06-cr-00294-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**1. WILLIAM C. CRABBE**, and
2. JAMES S. ROWAN,

    Defendants.

## ORDER SETTING DATE FOR RESPONSE TO MOTION

THIS MATTER comes before the Court on Defendant Crabbe's Motion for Enlargement of Time to File Motion for New Trial (Motion) filed March 12, 2008, **(#203)**. The Motion contains no agreement between the parties, therefore, in order to provide adequate opportunity for response and for prompt determination,

**IT IS HEREBY ORDERED** that any response or objection to the Motion shall be filed with the Court no later than **March 17, 2008.** Objections and requests for hearing shall clearly specify the grounds upon which they are based, including citation of supporting legal authority, if any. In the absence of a timely objection the Court may grant the above-described Motion.

DATED this 13th day of March, 2008.

                              **BY THE COURT:**

                              Marcia S. Krieger
                              United States District Judge