UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00294-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

**1. WILLIAM C. CRABBE**, and
2. JAMES S. ROWAN,

       Defendants.
_____

**NOTICE OF POSSIBLE VARIANCE**
_____

    **PURSUANT TO** Fed. R. Crim. P. 32(h), the Court hereby notifies the parties that it is considering whether a variance from the otherwise applicable sentencing range with regard to Defendant William C. Crabbe is appropriate. Specifically, the Court will be considering whether a variance to conform Mr. Crabbe's sentence more closely to the sentence to be imposed on co-Defendant James S. Rowan is appropriate.

    The Court notes that the Plea Agreement **(# 184)** by Mr. Rowan estimates that Mr. Rowan's Sentencing Guideline range is either 37-46 months, if a dispute as to the applicability of Guideline § 2T1.1(b)(2) (use of sophisticated means) is resolved in Mr. Rowan's favor, or 46-57 months if the motion is denied. In addition, the Court notes that the Government has moved for a downward departure **(# 241)** with regard to Mr. Rowan, reflecting that his sentence be reduced by 25% from the low end of the applicable guideline range, based upon his cooperation in the prosecution of Mr. Crabbe.

    The parties shall be prepared to address the appropriateness of such a variance at Mr.

Crabbe's scheduled sentencing on Thursday, October 9, 2008.

    Dated this 7th day of October, 2008

                                            **BY THE COURT:**

                                            Marcia S. Krieger
                                            United States District Judge