Criminal Action No. 06-cr-00294-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. WILLIAM C. CRABBE, and
2. JAMES S. ROWAN,

        Defendants.

## ORDER SETTING DATE FOR RESPONSE TO MOTION

THIS MATTER comes before the Court on the Motion to Compel Disclosure of Medical Records and 18 U.S.C. 4247(c) Report Concerning James S. Rowan (Motion) filed October 28, 2008, **(#287)** by Defendant William C. Crabbe. The Motion contains no agreement between the parties, therefore, in order to provide adequate opportunity for response and for prompt determination,

**IT IS HEREBY ORDERED** that any response or objection to the Motion shall be filed with the Court no later than **November 10, 2008.** Objections and requests for hearing shall clearly specify the grounds upon which they are based, including citation of supporting legal authority, if any. In the absence of a timely objection, the Court may grant the above-described Motion.

DATED this 29th day of October, 2008.

        **BY THE COURT:**

        _____

        Marcia S. Krieger
        United States District Judge